

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2025

No. 04-25-00199-CV

**IN RE** Mark **ORTEGA**, Relator

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
             Lori Massey Brissette, Justice
             Velia J. Meza, Justice

On March 31, 2025, relator Mark Ortega filed a petition for writ of mandamus asking this Court to vacate a trial court order abating the trial court proceedings and compelling arbitration. After considering the petition, record, and law, the court has determined that relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 16, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CV07299, styled *American Express National Bank v. Mark Ortega a/k/a Mark A. Ortega and Grovano Inc.*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.